UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 20-00697JVS(KESx)<br>SACV 20-00698JVS(KESx)<br>SACV 20-00699JVS(KESx) | Date | September 23, 2020 |
| Title | Parity Networks LLC v Zyxel Communications, Inc<br>Parity Networks LLC v Moxa Inc, et al<br>Parity Networks, LLC v Edgecore USA Corporation, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| | |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER RE STATUS CONFERENCE**

The Court has read and considered the parties status report filed September 21, 2020. The Court finds no action is required. The Status Conference set for September 28, 2020 at 11:00 a.m. is VACATED.

: 0

Initials of Preparer lmb